```
                                                    FILED
                                           CLERK, U.S. DISTRICT COURT

                                                  SEP 18 2009

                                           CENTRAL DISTRICT OF CALIFORNIA
                                           BY    MR           DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA CR 03-0231-GAF |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER OF DETENTION** |
|  | ) [Fed. R. Crim. P. 32.1(a)(6); |
| OSCAR MARIO RAMALES-JIMINEZ, | ) 18 U.S.C. § 3143(a)] |
| Defendant. | ) |

The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on (1) his lack of bail resources; (2) his immigration status is undocumented; and (3) defendant submitted to detention request.

and/or

B.  ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:_____

_____

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: _____9-18-09_____, 2009.

_____
Fernando M. Olguin
United States Magistrate Judge